**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

TIMOTHY J. BRANYAN,
Plaintiff,

vs.

JPMORGAN CHASE BANK AKA JPMCB CARD; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVCIES LLC; MORTGAGE RESEARCH CENTER LLC DBA VETERANS UNITED HOME LOANS; DEFENSE FINANCE ACCOUNTING SERVICE AKA DFAS-IN; CORELOGIC CREDCO LLC DBA CREDCO; USAA FEDERAL SAVINGS BANK;
Defendants.

CASE NO. 1:23-cv-00372

Judge
Magistrate Judge

---

## TRANS UNION, LLC'S NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Howard County Superior Court 4, Indiana, to the United States District Court for the Southern District of Indiana, on the following grounds:

1. On or about February 28, 2023, Plaintiff Timothy J. Branyan served Trans Union with a Summons and Complaint, filed in the Howard County Superior Court 4, Indiana. A copy of the Summons and Complaint, along with the rest of the State Court Record is attached hereto as **Exhibit A**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint, generally.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Howard County Superior Court 4, Indiana, to the United States District Court for the Southern District of Indiana.

5. Counsel for Trans Union has confirmed with Howard County Superior Court 4, that they have no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6. Notice of this removal will promptly be filed with the Howard County Superior Court 4, Indiana, and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Howard County Superior Court 4, Indiana, to the United States District Court for the Southern District of Indiana.

Respectfully submitted,

*/s/ Stuart R. Settle*

Stuart R. Settle, Esq. (#37753-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400, Ext. 117
Fax: 317-363-2257
E-Mail: ssettle@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **2nd day of March, 2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| None. | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, and/or e-mail on the **2nd day of March, 2023** properly addressed as follows:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Timothy J. Branyan<br>618 South Union Street<br>Kokomo, IN 46901 | |

*/s/ Stuart R. Settle*
Stuart R. Settle, Esq. (#37753-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400, Ext. 117
Fax: 317-363-2257
E-Mail: ssettle@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*