UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CASE NO. 1:23-cv-00372-JPH-TAB

**FILED**

**08/13/2023**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

TIMOTHY J. BRANYAN;

      Plaintiff,

      v.

JPMORGAN CHASE BANK AKA
JPMCB CARD (*settled and
dismissed*); EXPERIAN
INFORMATION SOLUTIONS, INC.;
TRANS UNION LLC; EQUIFAX
INFORMATION SERVICES LLC
(*settled and dismissed*); MORTGAGE
RESEARCH CENTER LLC DBA
VETERANS UNITED HOME
LOANS; DEFENSE FINANCE
ACCOUNTING SERVICE AKA
DFAS-IN; CORELOGIC CREDCO
LLC DBA CREDCO (*settled and
dismissed*); USAA FEDERAL
SAVINGS BANK,

      Defendants.

Honorable Judge James Patrick Hanlon

Magistrate Judge Tim A. Baker

**MOTION TO RECONSIDER;
NOTICE OF INTENT TO APPEAL**

**MOTION**

COMES NOW Plaintiff Timothy J. Branyan, Pro Se, respectfully submits this *Motion to*

*Reconsider* pursuant to Federal Rule of Civil Procedure 60(b)(1) and Rule 5. The purpose of this

motion is to address a fundamental error in the recent Order issued by this Honorable Court on

August 3rd, 2023, in response to Plaintiff's Motion for Sanctions against Attorney Allison R. Cady.

## FACTS OF THE CASE:

PLEASE TAKE NOTICE:

1. On May 30, 2023, Attorney Allison R. Cady filed a Proposed Case Management Plan ("CMP") with this Court, as evidenced by docket entry 63.

2. On June 1st, 2023, the Honorable Magistrate Judge Tim A. Baker conducted a telephonic conference with all parties present, including Attorney Cady.

3. During the telephonic conference, Magistrate Judge Tim A. Baker directly inquired of Attorney Cady whether she had served the Proposed Case Management Plan to the Plaintiff. Attorney Cady responded in the negative ("no"), as clearly documented in docket entry 65.

4. Subsequently, on July 12th, 2023, the Plaintiff filed a Motion to Sanction Attorney Cady due to her failure to serve the Proposed Case Management Plan as required under Federal Rule of Civil Procedure 5(a)(1)(E).

5. On August 3rd, 2023, Honorable Judge James Patrick Hanlon issued an Order denying the Plaintiff's Motion for Sanctions against Attorney Cady. In the Order, it was stated that "Ms. Cady responds that she was under no obligation to discuss the terms of the proposed CMP with Mr. Branyan; that she served him with a copy of the proposed CMP prior to the June 1 initial pretrial conference with Judge Baker."

6. However, the truth is that Attorney Cady did not serve the Plaintiff a copy of the Case Management Plan prior to the telephonic conference on June 1st, 2023, as was explicitly admitted by her in open court.

7. The recent Order of this Honorable Court, therefore, erroneously relies on incorrect information, leading to an unjust conclusion.

## **GROUNDS FOR MOTION**

The current Order is based on incorrect premises and factual inaccuracies. Attorney Cady's failure to serve the Plaintiff the Proposed Case Management Plan, as acknowledged by her during the telephonic conference, constitutes a violation of her duty to this Court and a breach of her responsibility under Federal Rule of Civil Procedure 5(a)(1)(E).

## **RELIEF REQUESTED**

Plaintiff respectfully requests this Honorable Court to reconsider and correct its recent Order issued on August 3rd, 2023, and to grant the Plaintiff's Motion for Sanctions against Attorney Cady. The motion for sanctions is based on Attorney Cady's admitted failure to serve the Plaintiff a copy of the Proposed Case Management Plan, thereby violating Rule 5 and prejudicing the Plaintiff's position in this case.

Plaintiff further requests any additional relief that this Honorable Court deems just and appropriate under the circumstances.

Respectfully submitted,

/s/ *Timothy Branyan*
Timothy Branyan, Plaintiff, Pro Se
618 South Union St.
Kokomo, IN 46901
timbranyan@gmail.com

## NOTICE OF INTENT TO APPEAL

In light of the recent Order issued by this Honorable Court on August 3rd, 2023, denying

the Plaintiff's Motion for Sanctions, the Plaintiff hereby notifies the Court of his intent to appeal

this decision to the seventh circuit court of appeals if the pending *Motion to Reconsider* is not

granted. Plaintiff believes that the Order was issued based on incorrect premises, factual

inaccuracies, and an erroneous understanding of the events that transpired during the telephonic

conference.

Plaintiff intends to seek a thorough review of the matter before the appellate court and to

present the true facts and legal arguments supporting his position.

Respectfully submitted,

/s/ *Timothy Branyan*
Timothy Branyan, Plaintiff, Pro Se
618 South Union St.
Kokomo, IN 46901
timbranyan@gmail.com

## Certificate of Service

I hereby certify that on August 13th, 2023, I electronically filed the foregoing *MOTION TO RECONSIDER* and *NOTICE OF INTENT TO APPEAL* with the Clerk of the Court by email with attachments as is required by the Court.  I also certify that the foregoing was emailed to the following attorneys of record the same:

*Distribution:*

Alexander w. Prunka
aprunka@jonesday.com

Mitchell Lee Cook Osterday
mitchell.osterday@btlaw.com

Allyson Cady
acady@beneschlaw.com

David M. Krueger
dkrueger@beneschlaw.com

Stuart Settle
ssettle@schuckitlaw.com

J. Taylor Kirklin
taylor.kirklin@usdoj.gov