UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of INDIANA

CASE NO. 1:23-cv-00372-JPH-TAB

| | |
|---|---|
| TIMOTHY J. BRANYAN;<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK AKA JPMCB CARD (*settled and dismissed*); EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC (*settled and dismissed*); EQUIFAX INFORMATION SERVICES LLC (*settled and dismissed*); MORTGAGE RESEARCH CENTER LLC DBA VETERANS UNITED HOME LOANS (*settled and dismissed*); DEFENSE FINANCE ACCOUNTING SERVICE AKA DFAS-IN (*settled and dismissed*); CORELOGIC CREDCO LLC DBA CREDCO (*settled and dismissed*); USAA FEDERAL SAVINGS BANK (*settled and dismissed*),<br><br>    Defendants. | Honorable Judge James Patrick Hanlon<br><br>Magistrate Judge Tim A. Baker<br><br>**FILED**<br>**11/09/2023**<br>U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF INDIANA<br>Roger A.G. Sharpe, Clerk |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff Tim Branyan ("Branyan") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by Branyan, Pro Se, and Experian through respective counsel of record, and hereby stipulate and agree that

the above-captioned cause of action be DISMISSED as to EXPERIAN - ONLY, with prejudice, with each party to pay their own attorney fees and costs.

                Respectfully submitted,

/s/ *Timothy Branyan*
Timothy Branyan, Plaintiff
618 South Union St.
Kokomo, IN 46901
timbranyan@gmail.com
(765) 437-7023

/s/ *Alexander w. Prunka*
Alexander w. Prunka
Jones Day -Cleveland
Attorney for *Experian*
901 Lakeside Avenue
Cleveland, OH 44114
aprunka@jonesday.com
(216) 586-3939

## Certificate of Service

    I hereby certify that on November 8th, 2023, I electronically filed the foregoing with the Clerk of the Court by email with attachments as is required by the Court. I also certify that the foregoing was emailed to the following attorneys of record the same:

***Distribution:***

| | |
|---|---|
| J. Taylor Kirklin | Alexander w. Prunka |
| taylor.kirklin@usdoj.gov | aprunka@jonesday.com |