UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY J. BRANYAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:23-cv-00372-JPH-TAB |
| DEFENSE FINANCE ACCOUNTING SERVICE A/K/A DFAS-IN, | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Timothy Branyan, and the Defendant, Defense Finance & Accounting Service a/k/a DFAS-IN, by counsel, hereby stipulate to the dismissal of this cause of action, with prejudice, with all attorney fees, costs, and expenses to be borne by the respective parties, on the grounds that all claims in this matter have been settled.

Respectfully submitted,

TIMOTHY BRANYAN

/s/   *Timothy Branyan (with permission)*
618 South Union St.
Kokomo, IN 46901

*Plaintiff*

ZACHARY A. MYERS
United States Attorney
Southern District of Indiana

By: */s/ J. Taylor Kirklin*
J. Taylor Kirklin
Assistant United States Attorney
United States Attorney's Office
10 W Market St, Suite 2100
Indianapolis, IN 46204

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 20, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 I further certify that, on the same day, I caused a true and correct copy of the foregoing to be served by U.S. mail, postage prepaid and addressed to:

TIMOTHY J. BRANYAN
618 South Union Street
Kokomo, IN 46901

                */s/ J. Taylor Kirklin*
                J. Taylor Kirklin

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027
E-mail: taylor.kirklin@usdoj.gov