UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY J. BRANYAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENSE FINANCE ACCOUNTING )<br>SERVICE A/K/A DFAS-IN, )<br>)<br>Defendant. ) | The court acknowledges the Stipulation of Dismissal, Dkt. [145]. The Clerk is DIRECTED to close this case on the docket.<br>JPH 3/22/2024.<br>Distribution via ECF and to Plaintiff via U.S. Mail<br><br>Cause No. 1:23-cv-00372-JPH-TAB |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Timothy Branyan, and the Defendant, Defense Finance & Accounting Service a/k/a DFAS-IN, by counsel, hereby stipulate to the dismissal of this cause of action, with prejudice, with all attorney fees, costs, and expenses to be borne by the respective parties, on the grounds that all claims in this matter have been settled.

Respectfully submitted,

| TIMOTHY BRANYAN | ZACHARY A. MYERS |
|---|---|
| | United States Attorney |
| | Southern District of Indiana |
| /s/ *Timothy Branyan (with permission)* | |
| 618 South Union St. | By: */s/ J. Taylor Kirklin* |
| Kokomo, IN 46901 | J. Taylor Kirklin |
| | Assistant United States Attorney |
| *Plaintiff* | United States Attorney's Office |
| | 10 W Market St, Suite 2100 |
| | Indianapolis, IN 46204 |
| | |
| | *Counsel for Defendant* |